IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Steve Martynuska | * |
|     Plaintiff | * |
| v. | * Case No. **RDB 14 CV 0265** |
| National Payment Relief, LLC, et al. | * |
|     Defendants | * |

*FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2014 JAN 28 AM 10: 54 CLERK'S OFFICE AT BALTIMORE BY ___ DEPUTY*

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Alberto Artsanchez ("Defendant") hereby removes to this Court the state court action described below.

1. On May 23, 2013 Plaintiff Steve Martynuska ("Plaintiff") filed an action in the Circuit Court for Frederick County, Maryland, entitled and captioned: *Steve Martynuska v. National Payment Relief, LLC, et al.* (Case No. 10-C-13001685). A copy of all the court documents filed with the Circuit Court are attached hereto as Exhibit 1.

2. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.*, the Maryland Consumer Debt Collection Act, Md. Comm. Code Ann., §§ 14-201 *et seq.*, the Maryland Consumer Practices Act, Md. Comm. Code Ann., §§ 13-101 *et seq.*, and the Maryland Mortgage Fraud Protection Act, Md. Real Prop. Code Ann., §§ 7-401 *et seq.*

3. This Court has original jurisdiction over this case under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(c) based on the Federal law claim.

1

4. This Court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367(a).

5. Defendant has filed this Notice of Removal within thirty (30) days after alleged service of process upon Defendant Alberto Artasanchez.

6. As required by 28 U.S.C. § 1446(d), Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the Circuit Court for Frederick County, Maryland where the action is currently pending. A copy of the Notice is attached as Exhibit 2.

WHEREFORE, Defendant respectfully requests that the above captioned matter currently pending in the Circuit Court for Frederick County, Maryland be removed to this Honorable Court.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Ronald S. Canter, Esquire
Bar #01024
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  rcanter@roncanterllc.com
*Attorney for Defendant Alberto Artasanchez*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing Notice of Removal and related documents was served this 27th day of January, 2014, by first class mail, postage prepaid to:

> Phillip R. Robinson, Esquire
> LEGG LAW FIRM, LLC
> 5500 Buckeystown Pike
> Frederick, Maryland 21703
> *Attorney for Plaintiff*

_____
Ronald S. Canter, Esquire
*Attorney for Defendant Alberto Artasanchez*