

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Chambers of  
J. Mark Coulson  
U.S. Magistrate Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
MDD_JMCChambers@mdd.uscourts.gov  
Phone: (410) 962-4953  
Fax: (410) 962-2985

November 19, 2015

Steve Martynuska  
11336 Nevets Place  
Monrovia, MD 21770

Alberto Artasanchez  
10 Deepwater Circle  
Manalapan, NJ 08826

Rosalie Bucci  
160 Canterbury Lane  
Bluebill, PA 19422

Re: <u>Steve Martynuska v. National Payment Relief, LLC, et al.</u>  
     Civil No. 14-265-JMC

Dear Parties and Counsel:

This letter order serves to memorialize the telephone status conference held on November 17, 2015. This case is currently scheduled for a settlement conference before Judge Gallagher on January 11, 2015. In the event that the parties are unable to reach a settlement, as the discovery and dispositive motions deadlines have passed, the case will proceed to trial. You advised that this case will require, at most, a two day trial. Please advise my chambers of your preferred trial dates, in writing and at your earliest convenience. Possible dates include: April 11-12, 2016 and April 19-20, 2016. If neither of those dates work, please notify my chambers and I will propose alternative dates.

Despite the informal nature of this letter, it is an Order of the Court, and the Clerk is directed to docket it as such.

Sincerely yours,

_____/s/_____  
J. Mark Coulson  
United States Magistrate Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600  
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**