IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**Steven Martynuska**             *

Plaintiff                                   *
                                        Civil Action No.: RDB-14-0265

v.                                             *

**National Payment Relief,LLC,**  *
**et al**                                    *
                              *

Defendants
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ENTRY OF APPEARANCE**

**Mr Clerk:**

      Please enter the appearance of Andre' R. Weitzman, Federal Bar No. 00501 as attorney for the Plaintiff.

                                              _____
                                              Andre' R.Weitzman
                                              14 West Franklin St.
                                              Baltimore,MD 21201
                                              (0) 410-727-3505
                                              (F) 410-783-1536
                                              Aequityhouse@aol.com
                                              Fed Bar# 00501

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2015, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Raymond T. McKenzie,Esq. 60 Market St. Gaithersburg, MD 20878
Ray@mckenzie-legal.com Attorney for NPR,LLC

Rosali Bucci, 160 Canterbury Lane, Bluebill, PA 19422
Defendant Pro Se

Alberto Artasanchez, 361 Lehigh Ave., Perth Amboy NJ 08861

//ss//

Andre' R. Weitzman